## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DARCY MCCOY, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLERMONT LOUNGE, INC., and CATHERINE MARTIN,<br><br>    Defendants | CIVIL ACTION FILE<br>NO.: 1:17-CV-0002-SCJ |

### **ORDER**

The above-styled case is before the Court on the Parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The Parties have requested that the Court review and approve their proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED** and their Settlement Agreement and Release is **APPROVED** and incorporated herein by reference. This Court shall retain jurisdiction over this matter until the terms set

forth in the Settlement Agreement have been complied with, and the Parties file a Stipulation of Dismissal with Prejudice.

    SO ORDERED, this __19th__ day of __June_____, 2017.

                          _s/Steve C. Jones_____
                          STEVE C. JONES
                          UNITED STATES DISTRICT JUDGE
                          NOTHERN DISTRICT OF GEORGIA

| SUBMITTED BY: | CONSENTED TO BY: |
|---|---|
| */s/ Eric A. Coffelt* | */s/ Paul J. Sharman\** |
| **ERIC A. COFFELT** | **PAUL J. SHARMAN** |
| Georgia Bar No.: 252705 | Georgia Bar No.: 227207 |
| Begner & Begner, P.C. | The Sharman Law Firm, LLC |
| 5180 Roswell Road | 11175 Cicero Drive, Suite 100 |
| South Building, Suite 100 | Alpharetta, GA 30022 |
| Atlanta, Georgia 30342 | Phone: (678) 242-5297 |
| (404) 531 – 0103 | Fax: (678) 802-2129 |
| (404) 531 – 0107 (*facsimile*) | paul@sharman-law.com |
| ecoffelt@begnerlaw.com | |
| | **\*with express permission** |
| Counsel for Defendants | Counsel for Plaintiffs |